# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:21-mj-04150 |
| Plaintiff, | : | |
| | : | MAGISTRATE JUDGE |
| vs. | : | JONATHAN D. GREENBERG |
| MARK WALKER, | : | **MOTION TO WITHDRAW AS** |
| | : | **COUNSEL AND FOR APPOINTMENT** |
| Defendant. | : | **OF CJA COUNSEL** |

Counsel respectfully moves this Honorable Court for permission to withdraw as counsel for Mark Walker. Mr. Walker has indicated that he wants the Court to appoint new counsel. Counsel requests that CJA counsel be appointed to represent Mr. Walker in this matter.

Given these circumstances, it is in the best interests of Mr. Walker, the Court, and all parties that defense counsel be withdrawn, and new counsel from the CJA panel be appointed for Mr. Walker.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ Darin Thompson*
DARIN THOMPSON
Assistant Federal Public Defender
Ohio Bar: 0067093
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
e-mail address: darin_thompson@fd.org