IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:21MJ4150 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| v. | ) | |
| | ) | |
| MARK WALKER, | ) | <u>MOTION TO UNSEAL CASE</u> |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through its counsel, Carol M. Skutnik, Acting United States Attorney, and Erica D. Barnhill, Assistant United States Attorney, and respectfully moves the Court for an Order unsealing Case No. 1:21MJ4150, so that counsel for the government may proceed with filing an Indictment.

Counsel for the government submits that Case No. 1:21MJ4150 was ordered sealed at the government's request since the contents related to a then-pending investigation and sealing of Case No. 1:21MJ4150 was deemed necessary to prevent compromise of the then-pending investigation, to protect the identity of the Petitioner, and to protect disclosure of information which would have otherwise kept potential witnesses from coming forward to cooperate. Such concern no longer exists.

Accordingly, the United States of America respectfully moves the Court to enter an Order unsealing Case No. 1:21MJ4150.

Respectfully submitted,

CAROL M. SKUTNIK
Acting United States Attorney

By: /s/ Erica D. Barnhill
Erica D. Barnhill (OH: 0079309)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3967
(216) 522-2403 (facsimile)
Erica.Barnhill@usdoj.gov