IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:21MJ4150 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| v. | ) | |
| | ) | |
| MARK WALKER, | ) | <u>ORDER UNSEALING CASE</u> |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon motion of the United States of America, and for good cause shown, Case No. 1:21MJ4150 is hereby unsealed.

_____
JONATHAN D. GREENBERG
UNITED STATES MAGISTRATE JUDGE

<u>    07-10-2025    </u>
DATE

